DWIGHT M. SAMUEL (CA BAR# 054486)
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
Steven Newlove

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No.   2:11-cr-510 WBS |
| Plaintiff, | STIPULATION AND ORDER [~~PROPOSED~~] |
| v. | |
| STEVEN NEWLOVE, ET. AL. | |
| Defendants. | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Matthew G. Morris, defendant Steven Newlove through his undersigned counsel Dwight Samuel, and defendant Ryan Alan Richmond through his undersigned counsel Courtney Diane Fein, that the previously scheduled status conference date of January 23, 2012, be vacated and the matter set for status conference on March 5, 2012 at 9:30 a.m.

    The reason for this request is that it is anticipated that additional discovery will be provided to counsel. Counsel will need additional time to review discovery, conduct investigation, and/or engage in other defense preparation.

    The parties further agree and stipulate that the time period from the filing of this stipulation until March 5, 2012, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow reasonable

time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

DATED: January 20, 2012            By: /s/
                                                            DWIGHT M. SAMUEL
                                                            Attorney for Defendant
                                                            STEVEN NEWLOVE

DATED: January 20, 2012                               /s/
                                                            MATTHEW G. MORRIS
                                                            Assistant U.S. Attorney

DATED: January 20, 2012                               /s/
                                                            COURTNEY DIANE FEIN
                                                            Attorney for Defendant
                                                            RYAN ALAN RICHMOND

     IT IS SO ORDERED.

DATED:  January 20, 2012

*[signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE