DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
RYAN ALAN RICHMOND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN ALAN RICHMOND,<br><br>Defendant. | NO. CR.S-11-510–01-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  June 18, 2012<br>Time:  9:30 a.m.<br>Judge:  Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for RYAN ALAN RICHMOND, that the status conference hearing date of June 4, 2012, be vacated, and the matter be set for status conference on June 18, 2012, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review the plea agreement with her client, and due to her travel to a long distance courthouse and resulting unavailability next week.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 18, 2012

/ / /

/ / /

/ / /

pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: June 5, 2012.                              Respectfully submitted,

                                                  DANIEL J. BRODERICK
                                                  Federal Public Defender

                                                  /s/ Courtney Fein
                                                  COURTNEY FEIN
                                                  Assistant Federal Defender
                                                  Designated Counsel for Service
                                                  Attorney for RYAN ALAN RICHMOND

DATED: June 5, 2012.                              BENJAMIN WAGNER
                                                  United States Attorney

                                                  /s/ Matthew Morris
                                                  MATTHEW MORRIS
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 4, 2012, status conference hearing be continued to June 18, 2012, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the June 18, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   June 4, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE