```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00510-WBS |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN ALAN RICHMOND, AND STEVEN GEIGER NEWLOVE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

WHEREAS, On or about May 17, 2012 and June 27, 2012, this Court entered Preliminary Orders of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 492 and 982(a)(2)(B) and 28 U.S.C. § 2461(c), based upon the plea agreements entered into between plaintiff and defendants Ryan Alan Richmond and Steven Geiger Newlove forfeiting to the United States the following property:

    a.    Approximately $10,400 in counterfeit federal reserve notes;

    b.    Toshiba laptop, serial number 9A103463W;

    c.    Kyocera cell phone, Model C5120, DEC: 268-435-457-811-534-523;

    d.    LG cell phone serial number 012KPLC218568; and

1	e.	2 HP Photosmart printers.

2	AND WHEREAS, beginning on May 22, 2012 and June 29, 2012,
3	for at least 30 consecutive days, the United States published
4	notice of the Court's Order of Forfeiture on the official
5	internet government forfeiture site www.forfeiture.gov.  Said
6	published notice advised all third parties of their right to
7	petition the Court within sixty (60) days from the first day of
8	publication of the notice for a hearing to adjudicate the
9	validity of their alleged legal interest in the forfeited
10	property.

11	AND WHEREAS, the Court has been advised that no third party
12	has filed a claim to the subject property, and the time for any
13	person or entity to file a claim has expired.

14	Accordingly, it is hereby ORDERED and ADJUDGED:

15	1.  A Final Order of Forfeiture shall be entered forfeiting
16	to the United States of America all right, title, and interest in
17	the above-listed property pursuant to 18 U.S.C. §§ 492 and
18	982(a)(2)(B) and 28 U.S.C. § 2461(c), to be disposed of according
19	to law, including all right, title, and interest of Ryan Alan
20	Richmond and Steven Geiger Newlove.

21	2.  All right, title, and interest in the above-listed
22	property shall vest solely in the United States of America.
23	///
24	///
25	///
26	///
27	///
28	///

1       3.   The United States Secret Service shall maintain custody
2  of and control over the subject property until it is disposed of
3  according to law.
4       SO ORDERED this 16th day of October, 2012.

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE