UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RYAN ALAN RICHMOND,<br><br>        Defendant. | No. 2:11-cr-0510 WBS<br><br><br>**ORDER** |

        Defendant Ryan Richmond has filed a Motion for Return of Property pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure.  (Docket No. 46.)  While it appears that some of the items he seeks to have returned have been forfeited to the United States pursuant to this court's Final Order of Forfeiture, filed October 17, 2012, (Docket No. 45), other items listed in his motion do not appear to be subject to the forfeiture order.

        Therefore, within 30 days from the date of this Order, the United States Attorney shall file a response to defendant's motion; and within 15 days after the filing of the United States' response defendant may file a reply.  The motion will then be taken under submission.

1

1        IT IS SO ORDERED.

2   Dated:  July 17, 2013

3                                    _____
                                     WILLIAM B. SHUBB
4                                    UNITED STATES DISTRICT JUDGE