UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>RYAN ALAN RICHMOND,<br>STEVEN GEIGER NEWLOVE,<br><br>        Defendants. | No. 2:11-cr-510 WBS<br><br>**ORDER TO SHOW CAUSE** |

    Pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure, defendant Ryan Alan Richmond filed a Motion to Return Tangible Property (Docket No. 46). The property he seeks to have returned consists of (1) approximately $4,000 in United States currency; (2) one Blue Dickey's wallet; (3) one 32 gig Apple iPod; (4) one red and grey Echo brand backpack; and (5) one black Jansport brand backpack.

    The United States has filed a response (Docket No. 49) indicating it has no interest in retaining any of the items, but cannot in good faith give them to one defendant because both defendants claim a property interest in those items.

1

1  IT IS THEREFORE ORDERED that within fifteen days from the
2 date of this order co-defendant STEVEN GEIGER NEWLOVE, either
3 personally or through his court appointed counsel Dwight Samuel,
4 shall show cause, in writing, why the above listed items should
5 not be returned to defendant RYAN ALAN RICHMOND, as requested.
6 Unless good cause is shown, the items will be returned to
7 defendant Richmond.  If sufficient cause is shown, the court will
8 conduct such further proceedings as necessary to determine the
9 proper disposition of such items.
10    Dated:  August 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2