1

**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:    530.759.0700
   Facsimile:    530.759.0800
Attorney for Defendant
RYAN RICHMOND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 11-510 WBS |
| Plaintiff, | |
| vs. | **REQUEST FOR EXTENSION OF TIME TO FILE A REPLY TO NEWLOVES'S MOTION FOR RETURN OF PROPERTY/OPPOSITION AND [PROPOSED ORDER]** |
| RYAN RICHMOND; et al., | |
| Defendants. | |

Defendant RYAN RICHMOND ("Richmond") by and through his counsel of record, hereby requests an extension of time to file a *Reply to Newlove's Motion for Return of Property/Opposition,* until December 3, 2013.  The parties are currently attempting to negotiate a settlement on the property split and need additional time to review the matter.

Dated: November 4, 2013          Respectfully submitted,

                                 JENNIFER C. NOBLE
                                 By:    /s/  Jennifer C. Noble
                                      JENNIFER C. NOBLE
                                      Attorney for Defendant
                                      RYAN RICHMOND

**~~PROPOSED~~ ORDER**

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant RYAN ALAN RICHMOND's request for an extension of time until December 3, 2013, to file a *Reply to Newlove's Motion for Return of Property/Opposition,* is granted.

**IT IS SO ORDERED**.

Dated:  November 5, 2013

                                                                     WILLIAM B. SHUBB
                                                                    UNITED STATES DISTRICT JUDGE