**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
   **RYAN ALAN RICHMOND**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-510 WBS |
| | ) |
| | ) **STIPULATION AND ~~PROPOSED~~** |
| Plaintiff, | ) **AMENDED ORDER TO RELEASE** |
| | ) **SEIZED PROPERTY** |
| v. | ) |
| | ) |
| RYAN ALAN RICHMOND, STEVEN | ) |
| GEIGER NEWLOVE, | ) |
| | ) |
| Defendants. | ) |

The United States of America and defendants RYAN ALAN RICHMOND ("RICHMOND") and STEVEN NEWLOVE ("NEWLOVE"), by and through their respective counsel, hereby request an Amended Order and STIPULATE as follows:

    1.      The Stipulation and Order filed December 5, 2013, contained a calculation error and an Amended Order is required to ensure the parties receive the correct amount. Further, one item that was to be returned to Mr. Richmond was previously forfeited and this proposed Amended Order reflects that.

2. On November 19, 2011, the United States Secret Service arrested the defendants on suspicion of producing counterfeit currency. The Secret Service seized property and cash from the defendants at the time of their arrests.

3. Defendant NEWLOVE pleaded guilty on May 7, 2012. C.R. 20. He was sentenced to 18 months in prison and was released on or about March 8, 2013. Defendant RICHMOND pleaded guilty on June 18, 2012. C.R. 31. He was sentenced to a term of 44 months – 30 months on the charges in this case and 14 months for violating his terms of supervised release from a previous conviction. He is incarcerated at the Beckley Federal Correctional Institute.

4. On February 3, 2013, the Secret Service sent letters to each defendant inquiring how the Service should distribute items that were seized in the case, but not forfeited. Each defendant claimed ownership of the majority of the genuine cash seized from the motel room on November 19, 2011.

5. The defendants each filed motions for return of the cash and other property seized. The government filed a reply indicating that it had no interest in retaining any of the remaining items and would disburse the items in whatever manner the Court may order. C.R. 49.

6. The defendants and the government have reached an agreement as to the distribution of the seized cash and property as follows:

    a. Defendant RICHMOND will receive $545.00 of the seized cash and the following four items:

        a. An Apple iPod (Item DT-27c);

        b. A blue Dickies wallet (Item DT-6); and

        c. A grey and red Echo backpack (Item DT-27).

b.   Defendant NEWLOVE will receive $3250.00 of the seized cash and all remaining property, exclusive of the four items returned to RICHMOND.

7.   The defendants and the government agree that this stipulation resolves all disputes over all cash and property seized in this case.

The parties therefore request that the Court order the United States Secret Service to return the property to the defendants as set forth above within five (5) days of the order.

Dated:  February 24, 2014

Respectfully submitted,

By: /s/ Jennifer C. Noble
JENNIFER C. NOBLE

Attorney for Defendant
RYAN ALAN RICHMOND

By: /s/ Dwight M. Samuel
Attorney for Defendant
STEVEN NEWLOVE

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Matthew G. Morris
Assistant United States Attorney

**PROPOSED AMENDED ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the United States Secret Service return the property and cash seized in *United States v. Ryan Richmond, Steven Newlove,* 2:11-cr-0510 WBS, within five (5) days of this order, as follows:

1.   The Service shall send to RYAN RICHMOND the sum of $545.00 to an

address to be provided by RICHMOND's counsel;

2.    The Service shall mail following four items to RYAN RICHMOND, care of an address to be provided by RICHMOND's counsel:

    a.   An Apple iPod (Item DT-27c);

    b.   A blue Dickies wallet (Item DT-6); and

    c.   A grey and red Echo backpack (Item DT-27).

3.    The Service shall send to STEVEN NEWLOVE the sum of $3,250.00 and all remaining property, exclusive of the above-noted items, to an address to be provided by NEWLOVE's counsel.

4.    THIS ORDER SHALL SUPERSEDE THE ORDER ISSUED ON DECEMBER 18, 2013.

**IT IS SO ORDERED**.

Dated:  February 24, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE